UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Walter Porreca, :
: 
    Plaintiff, : Civil Action No.:
:
v. : 3:16-cv-01753-JMM
:
Granite Construction Northeast, Inc., :
and Tappan Zee Constructors, LLC, :
:
    Defendants/Third Party :
    Plaintiffs :
:
v. :
:
Brakewell Steel Fabricators, :
:
    Third Party Defendant. :

## REPORT OF MEDIATION

Mediation was held in the above matter on May 24, 2018, at the Mediation Center, William J. Nealon Federal Courthouse.

As a result thereof, the case was settled to the satisfaction of all parties.

Respectfully submitted,

                                               /s/Laurence M. Kelly
                                             LAURENCE M. KELLY,
                                             Mediator