UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER PORRECA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>GRANITE CONSTRUCTION NORTHEAST, INC., et al<br><br>　　　　Defendants | CIVIL ACTION NO. **3:16-CV-1753**<br><br>**(MEHALCHICK, M.J.)** |

## ORDER

AND NOW, this 30th day of May, 2018, The court-appointed mediator having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within **sixty (60) days** if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　KAROLINE MEHALCHICK
　　　　　　　　　　　　　　　　　　United States Magistrate Judge